IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**TOMMY AND PATRICIA D. STUDDARD**　　　　　　　　　　　　**PLAINTIFFS**

**VS.**　　　　　　　　　　　　　　　　　　　**CIVIL ACTION NO. 1:06cv190-P-D**

**STATE AUTO PROPERTY AND
CASUALTY INSURANCE COMPANY
AND JOHN DOES 1 THROUGH 10**　　　　　　　　　　　　　　**DEFENDANTS**

**FINAL JUDGMENT**

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Defendant State Auto Property and Casualty Insurance Company's motion to strike affidavit testimony [50] is **GRANTED IN PART AND DENIED IN PART** as explained in the court's Opinion;

(2) Defendant State Auto Property and Casualty Insurance Company's motion for summary judgment [37] is **GRANTED**; therefore,

(3) All of the plaintiffs' claims are **DISMISSED WITH PREJUDICE**; and

(4) This case is **CLOSED**.

**SO ORDERED** this the 17th day of October, A.D., 2007.

　　　　　　　　　　　　　　　　　　　　/s/ W. Allen Pepper, Jr.
　　　　　　　　　　　　　　　　　　　　W. ALLEN PEPPER, JR.
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE